*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

June 20, 2012

*Electronically Filed*

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Dennis Delucia
          <u>Criminal Docket No. 11-30 (KAM)</u>

Dear Judge Matsumoto:

    In our letter dated May 30, 2012, we requested an adjournment until June 22, 2012, for my client Dennis Delucia ("Delucia") to file his bail application. Since it appears that plea discussions have resulted in an acceptable plea offer to my client and the remaining defendants excluding Ralph Scopo, we are hereby withdrawing our request for a bail hearing.

    Thank you very much for your consideration of this matter.

Respectfully yours,

Robert P. LaRusso
Attorney for Dennis Delucia

```
cc:     Elizabeth Geddes
        Assistant U.S. Attorney
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, New York 11201
        (via ecf)
```