*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

July 18, 2012

*Electronically Filed*

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Dennis Delucia
           Criminal Docket No. 11-30 (KAM)

Dear Judge Matsumoto:

    Please accept this letter application requesting a temporary bail release for my client Dennis DeLucia ("DeLucia") to attend his daughter's wedding presently scheduled for October 20, 2012. The government has agreed to our proposed bail package, and has no objection to our request provided certain pre-conditions have been satisfied.

    In my letter dated June 20, 2012, I wrote to the court, and withdrew our request for a bail application because it "appear[ed] that plea discussions have resulted in an acceptable plea offer to my client and the remaining defendants." As of the writing of this letter, a plea agreement has been accepted, and we anticipate executing the agreement as soon as possible. Due to personal and professional commitments, the plea allocution will be scheduled for the first week of August, 2012. The plea agreement contemplates a guideline range of 41-51 months with a single global point adjustment and a range of 37-46 with two global points contingent on the remaining defendant accepting a government plea offer. In the event

that Mr. DeLucia receives the low end of the guideline ranges, we calculate that the defendant would be eligible for a half house in approximately 12 months. Mr. Delucia has been in custody since his arrest in January 2011.

Mr. DeLucia has three children from his first marriage. In 1982, my client met his present wife Louise Ann Marino. They were married on December 15, 1990. Louise had a daughter Melissa Rochelle Marino from a previous marriage. As noted in an earlier Pre-Sentence Report written in December 1995, "[t]he defendant has assisted Louise in the rearing of Melissa since she was eight months of age, and shares a close relationship with the child." This close relationship has continued to the present. Mr. Delucia opening refers to Melissa as his daughter, and she in return considers the defendant her father. Mr. DeLucia respectfully requests that the Court grant his application for a temporary bail release of four days to attend and participate in his daughter's wedding, and, as he has often mentioned, to "walk her down the aisle."

The government has agreed to the following bail package: (1) Mr. DeLucia will sign a $1 million personal recognizance bond; (2) co-signed by his wife Louise and eldest son David DeLucia, both of whom are gainfully employed; (3) his wife will post property located at 1743 Seminole Avenue, Bronx, New York, 10461 as collateral to secure Mr. DeLucia's appearance; and (4) file a confession of judgment in the amount of the bond, serving as a lien on the property. In addition to the standard bail conditions, Mr. DeLucia agrees to reside in his home at 1826 Tenbroeck Avenue, Bronx, New York, 10461, during the period of release, and further agrees to travel during the same period only in connection with wedding-related activities. Also, since the reception will be in New Jersey, travel will also be restricted to the Eastern and Southern Districts of New York and the District of New Jersey.

As earlier mentioned, the government has conditioned their acceptance of the bail release on the defendant providing (1) documentation showing the date and location of the wedding; (2) documentation showing the date and location of the reception; and (3) submission of the wedding list for both the bride and the groom. We have already provided (1) documentation that the catering hall is called Palisadium, located at 700 Palisadium Drive, Cliffside Park, New Jersey, and that the wedding reception

is scheduled for October 20, 2012; and (2) supporting records that the wedding itself is scheduled for October 20, 2012, at Saint Claire of Assisi Church, 1918 Paulding Avenue, Bronx, New York.

Mr. DeLucia has requested four days release from October 19, 2012, until October 22, 2012, to properly prepare and celebrate his daughter's wedding. The preparations include securing proper attire, attending pre-ceremony functions, including family gatherings before and after the wedding, rehearsal dinner and reception. Mr. DeLucia respectfully requests that he be released from the Metropolitan Detention Center before 9:00 a.m. on October 19, 2012, and be permitted to surrender by 4:00 p.m., four days later, on October 22, 2012.

We have submitted a proposed order for the Court's consideration, and respectfully request that a bail hearing be scheduled within the next several weeks at a date and time convenient to the Court.

                                        Respectfully submitted,

                                        Robert P. LaRusso
                                        Attorney for Dennis Delucia

cc:    Elizabeth Geddes
       Assistant U.S. Attorney
       Eastern District of New York
       271 Cadman Plaza East
       Brooklyn, New York 11201
       (via ecf)

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA


    - against -                        ORDER OF RELEASE


DENNIS DELUCIA,                        11 CR 30(KM)

            Defendant.

- - - - - - - - - - - - - - - - X
```

Based upon an application of Robert P. LaRusso, attorney for the defendant Dennis DeLucia, for an order temporarily releasing the defendant, and for good cause shown,

IT IS HEREBY ORDERED, that the defendant Dennis DeLucia is granted temporary release from the custody of the Bureau of Prisons from October 19, 2012, until October 22, 2012;

IT IS FURTHER ORDERED, that the Bureau of Prisons is to release the defendant Dennis DeLucia from the Metropolitan Detention Center ("MDC") on October 19, 2012, before 9:00 a.m., and that the defendant is to surrender to the Bureau of Prisons at the MDC on October 22, 2012, by 4:00 p.m.


Dated:   July         , 2012
         Brooklyn, New York



                                   _____
                                   Honorable Kiyo A. Matsumoto
                                   District Court Judge
                                   Eastern District of New York